UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 18, 2005

MEMORANDUM TO COUNSEL RE:   Nielsen Enterprises MD, LLC, et al. v. Venice MD, LLC, et al., Civil No. L-02-3195

Dear Counsel:

On May 16, 2005, I held a telephone conference to discuss U.S. Bank's role at the upcoming trial. During the telephone conference I decided that U.S. Bank, as an intervenor, need not participate in the trial. If the plaintiffs succeed on their claims, the defendants will pay any award into the registry of the Court. I will then hold a hearing to decide the appropriate method of deciding U.S. Bank's claim to the funds.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/
Benson Everett Legg

c:   Court file